UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
Arthur Fried,

    individually and on behalf of all others similarly situated,
                                      Plaintiff,

    -v.-

Mercantile Adjustment Bureau,

                                       Defendants.
---------------------------------------------------------------x

Civil Action No:
1:21-cv-4422

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** May 20, 2022

| For Plaintiff Arthur Fried | For Defendant Mercantile Adjustment Bureau |
|---|---|
| */s/ Eliyahu Babad*<br>Eliyahu Babad<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ebabad@steinsakslegal.com | */s/ Brendan Hoffman Little*<br>Brendan Hoffman Little<br>Lippes Mathias LLP<br>50 Fountain Plaza Suite 1700<br>Buffalo, NY 14202<br>Ph: (716) 853-5100 |

## CERTIFICATE OF SERVICE

I certify that on May 20, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eliyahu Babad
Eliyahu Babad
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED  ___ denied.

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: May 20, 2022
Brooklyn, New York